# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

      Richard L. Baud

      Marlene Baud

          Debtor(s).

_____/    Case No. 08-63432-PJS

                                                 Chapter 13

                                                 Hon. Phillip J. Shefferly

### STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), Rules of Bankruptcy Procedure, states that:

1.      The undersigned is the attorney for the Debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is:

       [X] **RETAINER**

         A.      For legal services rendered or to be rendered in contemplation of and in connection with this case, the fee shall be calculated using hourly rates.
         B.      Prior to the filing of this statement, the undersigned has received a retainer held in the client trust account of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $500.00
         C.      The unpaid balance due and payable will be determined by hourly rates.
         D.      The undersigned shall bill against the retainer at an hourly rate of *see attached firm hourly rate schedule, <u>Rate 1</u>. **Hourly rates are subject to change at any time without notice.** Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3.      $274.00 of the filing fee has been paid.

4.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
         A.      Analysis of the Debtor(s) financial situation and rendering advice and assistance to the Debtor(s) in determining whether to file a petition under Title 11, U.S.C.
         B.      Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
         C.      Representation of the Debtor(s) at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
         D.      Representation of the Debtor(s) in adversary proceedings and other contested bankruptcy matters;

5.      By agreement with the Debtor(s), the above-disclosed fee does not include the following services:
         A.      Reaffirmations;
         B.      Redemptions;
         C.      Conversion to Chapter 7
         D.      Preparation of any statement of purpose to add creditors;
         E.      Commencement of any adversary lawsuit to determine the dischargeability of any indebtedness (i.e. student loans);
         F.      Advice or consultation with any counsel acting upon the Debtor(s) behalf of any claim or asset due to the Debtor(s);
         G.      Appeals

6.   The source of payments made by the Debtor(s) to the undersigned was from:
   A.   Debtor(s) earnings, wages, compensation for services performed.
   B.   Other (describe, including the identity of payor):

7.   The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:  none.

8.   The undersigned has received no transfer, assignment or pledge of property except the following for the value stated: none.

Dated: October 7, 2008

                                       Respectfully submitted,

                                       /s/ Charles J. Schneider
Attorney for Petitioner:               CHARLES J. SCHNEIDER (P27598)
                                       MELISSA A.  CAOUETTE (P62729)
                                       LISA M. MANOOGIAN (P71407)
                                       Attorneys for Debtor(s)
                                       39319 Plymouth Road, Suite 1
                                       Livonia, Michigan 48150-1064
                                       (734) 591-4890
                                       notices@cschneiderlaw.com


Client(s) hereby acknowledge receipt of a copy of  this notice consisting of three (3) pages.



_/s/Richard L. Baud                          __/s/Marlene Baud
Richard L. Baud                              Marlene Baud

P:\LNTPA9E\Data\files\Case\2016(b) Statements\Baud,Richard&Marlene.WPD

# Charles J. Schneider, P.C.

### Rate Listing
Effective 03/21/2008*

| | | |
|---|---|---|
| Charles J. Schneider/CJS | Attorney | $275.00 |
| Melissa A. Caouette/MAN | Attorney | $225.00 |
| Elizabeth M. Abood-Carroll/EMA | Attorney | $235.00 |
| Andreas M. Getschmann/AMG | Attorney | $230.00 |
| Lisa M. Manoogian/LMM | Attorney | $160.00 |
| Margaret Martin/MAM | Paralegal | $105.00 |
| Sandra Delozier/SCD | Paralegal | $105.00 |
| Linda M. Poling/LMP | Paralegal | $100.00 |
| Gina M. Hunter/GMH | Paralegal | $ 80.00 |
| Patricia A. Schneider/PAS | Paralegal | $ 80.00 |
| Ryan E. Ladley/REL | Law Clerk | $100.00[1] |

---

[1] Effective 4/24/2008

*Any lesser rates contained in the billing reflect rates in effect prior to the effective date above.